# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

LINDA SPRINGS,

       Plaintiff

       v.                     C-1-10-213

CINCINNATI CHILDREN'S HOSPITAL
MEDICAL CENTER,

       Defendant

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 65), plaintiff's objections thereto (doc. no. 70) and defendant's response (doc. no. 71). The Magistrate Judge concluded that 1) there is no genuine issue of material fact on the discriminatory discharge claim; 2) there is no genuine issue of material fact on the retaliation claim; and 3) plaintiff failed to show any harassment or offensive conduct directed against her because of her race. The Magistrate Judge therefore recommended that the Motion for Summary Judgment filed by defendant Cincinnati Children's Hospital Medical Center (doc. no. 53) be granted.

**Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.**

## **CONCLUSION**

**Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Magistrate Judge.**

**Accordingly, the Court hereby ADOPTS AND INCORPORATES BY REFERENCE HEREIN the Report and Recommendation of the United States Magistrate Judge (doc. no. 65). Defendant's Motion for Summary Judgment (doc. no. 53) is GRANTED.**

**This case is DISMISSED AND TERMINATED on the docket of this Court.**

**IT IS SO ORDERED.**

                                                  **s/Herman J. Weber**
                                      **Herman J. Weber, Senior Judge**
                                      **United States District Court**